04/07/2020 16:56 FAX ☑003

ORIGINAL

**FILED**
04/08/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0273

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0273

\* \* \* \* \* \*

**FILED**

APR 0 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| | |
|---|---|
| STATE OF MONTANA ) | ORDER GRANTING |
| ) | APPELLANT'S |
| Plaintiff Appellee, ) | MOTION FOR |
| ) | EXTENSION OF TIME TO |
| -vs- ) | FILE PETITION FOR REHEARING |
| ) | |
| RANDY S. LAEDEKE, ) | |
| ) | |
| Defendant Appellant. ) | |

\* \* \* \* \*

**Appellant has filed a motion** for a one day extension of time from April 8, 2020 to April 9, 2020, to file and serve his PETITION FOR REHEARING on his MOTION FOR RELIEF FROM DISTRICT COURT ORDER DENYING MOTION FOR STAY OF EXECUTION PENDING THE OUTCOME OF APPEAL in the above-entitled matter. For good cause shown;

IT IS HEREBY ORDERED THAT Appellant is granted an extension to April 9, 2020, to file his PETITION FOR REHEARING of his Motion FOR RELEIF FROM THE DISTRICT COURT'S ORDER DENYING APPELLANT'S MOTION FOR STAY OF EXECUTION PENDING THE OUTCOME OF APPEAL.

Dated this _____ day of April, 2020.

By _____